KTC:LPF
F.#2003R02644

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -against-

KHALID AWAN,

    Defendant.

- - - - - - - - - - - - - - - - - X

Cr. No. _____
(T. 18, U.S.C., §§
1956(a)(2)(A), 2339A,
2 and 3551 et seq.)

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>

In or about and between 1998 and November 6, 2001, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant KHALID AWAN did provide material support and resources, as that term is defined in 18 U.S.C. § 2339A(b), knowing and intending that they were to be used in preparation for, and for carrying out, the conspiracy to murder, kidnap or maim a person or persons outside the United States in violation of 18 U.S.C. § 956(a).

(Title 18, United States Code, Sections 2339A(a), 2 and 3551 <u>et</u> <u>seq</u>.)

<u>COUNT TWO</u>

In or about and between 1998 and November 6, 2001, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant KHALID AWAN did

knowingly and intentionally transport, transmit and transfer monetary instruments and funds from a place in the United States to a place outside the United States with the intent to promote the carrying on of specified unlawful activity, to wit: an offense against a foreign nation involving murder and destruction of property by means of explosive or fire.

(Title 18, United States Code, Sections 1956(a)(2)(A), 1956(c)(7)(B)(ii), 2 and 3551 et seq.)

A TRUE BILL

FOREPERSON

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

INFORMATION SHEET

CR 06    154

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SIFTON, J.

POHORELSKY, M.J.

1.    Title of Case: _____United States v. Khalid Awan_____

2.    Related Magistrate Docket Number(s) _____

_____ None ( X )

3.    Arrest Date: ___None_____

4.    Nature of offense(s):    X    Felony
                              ☐    Misdemeanor

5.    Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the
      Local E.D.N.Y. Division of Business Rules): _____

6.    Projected Length of Trial:    Less than 6 weeks    ( X )
                                    More than 6 weeks    ( )

7.    County in which crime was allegedly committed: ___Queens___
      (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8.    Has this indictment/information been ordered sealed?    ( ) Yes  ( X ) No

9.    Have arrest warrants been ordered?                      ( ) Yes  ( X ) No

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY

By: _____
    Lawrence P. Ferazani, Jr.
    Assistant U.S. Attorney
    (718) 254-6418

Rev. 3/22/01