KTC:LPF
F.#2003R02644

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -against-

KHALID AWAN,

      Defendant.

- - - - - - - - - - - - - - - - X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★  AUG 0 1 2006  ★

BROOKLYN OFFICE

S U P E R S E D I N G
I N D I C T M E N T

Cr. No. 06-154(S-1)(CPS)
(T. 18, U.S.C., §§
1956(a)(2)(A), 2339A
(2001), 2339A (2005), 2
and 3551 et seq.)

THE GRAND JURY CHARGES:

COUNT ONE

In or about and between 1998 and February 2005, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant KHALID AWAN, together with others, did knowingly and intentionally conspire to provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b) (2005), knowing and intending that they were to be used in preparation for, and in carrying out, a conspiracy to murder, kidnap or maim a person or persons outside the United States, in violation of Title 18, United States Code, Section 956(a).

(Title 18, United States Code, Sections 2339A(a) (2005) and 3551 et seq.)

COUNT TWO

In or about and between 1998 and November 6, 2001, both

dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant KHALID AWAN did knowingly and intentionally provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b) (2001), knowing and intending that they were to be used in preparation for, and in carrying out, a conspiracy to murder, kidnap or maim a person or persons outside the United States, in violation of Title 18, United States Code, Section 956(a).

(Title 18, United States Code, Sections 2339A(a) (2001), 2 and 3551 et seq.)

COUNT THREE

In or about and between 1998 and November 6, 2001, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant KHALID AWAN did knowingly and intentionally transport, transmit and transfer monetary instruments and funds from a place in the United States to a place outside the United States with the intent to promote the carrying on of an offense against a foreign nation involving

murder and destruction of property by means of explosive or fire, in violation of Title 18, United States Code, Section 1956(c)(7)(B)(ii).

(Title 18, United States Code, Sections 1956(a)(2)(A), 2 and 3551 <u>et</u> <u>seq</u>.)

A TRUE BILL

FOREPERSON

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY:_____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

Case 1:06-cr-00154-ARR-VVP   Document 36   Filed 08/01/06   Page 4 of 4 PageID #: 163

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __NEW YORK__

CRIMINAL Division

## THE UNITED STATES OF AMERICA

*vs.*

## KHALID AWAN

Defendant.

## INDICTMENT

(T. 18, U.S.C., §§ 1956 (a)(2)(A), 2339A (2001), 2339A (2005), 2 And 3551 et seq.)

A true bill.

_____ Foreman

Filed in open court this _____ 1st _____ day.

of __AUGUST__ A.D. 19 __2006__

_____ Clerk

Bail, $ _____