# W A H I D,  V I Z C A I N O  &  M A H E R  L L P

MIAMI                                      NEW YORK                              FT. LAUDERDALE

September 18, 2006

**VIA ELECTRONIC CASE FILING**

The Honorable Charles P. Sifton
United States District Judge
Eastern District of New York
225 Cadmen Plaza East
Brooklyn, NY 11201

RE:    United States v. Khalid Awan,
       Criminal Docket No. 1:06-cr-154 (CPS)

Dear Judge Sifton:

        We are writing in regard to today's scheduled hearing concerning Mr. Awan's Motion to Suppress Evidence.  It is the understanding of defense counsel that the government is seeking to introduce physical evidence seized pursuant to the purported consent of Mr. Awan.  It is the understanding of defense counsel that the government will not seek to introduce any physical evidence seized in connection to any search warrants issued or executed in connection to Mr. Awan.

        It is the defense's position that Mr. Awan did not voluntarily consent to the searches referenced in the government's "consent forms."  In support of that position, please find attached an affidavit signed by Mr. Awan.

                                        Sincerely yours,


                                        ____/S/_____
                                        Sean M. Maher
                                        Khurrum B. Wahid
                                        *Counsel for Defendant Khalid Awan*

cc:    AUSA Lawrence P. Ferazani, Jr. (via ECF)
       AUSA Elizabeth Kramer (via ECF)

122 E. 42nd Street, Suite 1616, New York, New York, 10168
(212) 661-5333 • (212) 661-5255 fax