IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA    |    CRIMINAL NO. 1:06-CR-0154 (CPS)
|
|    The Hon. Charles P. Sifton
V.    |
|
KHALID AWAN,    |    **AFFIDAVIT OF**
|    **KHALID AWAN**
Defendant.    |

_____

## AFFIDAVIT

1.    On October 25, 2001, I was standing in the living room of my house at 464 Old Country Road, in Garden City, New York, when five agents entered my house.

2.    The agents came through the front door, which was unlocked but closed, without out knocking.

3.    One of the agents yelled at me "Hands up -- FBI."

4.    One of the agents yelled "throw down your weapon."

5.    As I had no weapon, I said "what weapon?"

6.    He yelled "I will shoot you."

7.    I said "what weapon?"

8.    He yelled again "I will shoot you - throw your weapon."

9.    Again I said "what weapon?"

10.    He said "In your hand." I realized he was talking about a paper cutter I had in my hand, so I immediately threw it to the ground.

11.    He then ordered me to lie on the ground with my hands behind my back.

12. I complied. After I was on the ground with my hands behind my back, one of them handcuffed me.

13. As I was being handcuffed, I could feel four different feet on top of me. I felt people stepping on the back of my neck, the middle of my back, on my lower back area, and the back of my legs.

14. Someone asked me how many people were in the house. I told them one person. They wanted to know where the person was in the house. One of the agents raised his gun above his opposite shoulder, as if winding up to backhand hit me, and told me that he would hit me in the face. I told them the person was on the lower floor.

15. As I was being held on the floor with their feet, I heard one of the agents speak on a walkie talkie saying "suspect under arrest, suspect under arrest." Because they were standing on me after handcuffing me, I assumed they were referring to me as "suspect."

16. As I was being restrained on the ground, one of the agents told me that there were a lot of bags outside and that they needed to check them. I did not respond.

17. The agent again said that they wanted to see the bags, so I needed to sign something to give them permission.

18. Another agent then told me that they arrested Hussan and that they were arresting me for credit card fraud. Another agent then said they were arresting me for credit card fraud, but that they were looking for material witnesses - that was the main thing they were looking for.

19.     At that time the handcuffs were moved from behind my back to in front of me. I was placed sitting on the floor with my back against the wall.

20.     They put a piece of paper in front of me and told me where to sign, which I did.

21.     I was later taken by car to a green building in Suffolk County. At some point while I was detained in the building, an agent brought me two more sheets. He started talking about the World Trade Center attack and how the agents wanted to search more places. He told me to sign the forms.

22.     All the forms I signed resulted from the fear the agents placed me in, from arresting me at gun point, to standing on top of me, to threatening to hit me with a gun, to arresting me, all the way to implying that if I did not sign, they would think I was involved in the World Trade Center attack. My signature was not given voluntarily, but as a result of pressure and coercion.

Under pains and penalty of perjury, I affirm that the foregoing statement is true.

Dated: Brooklyn, New York
       September 17, 2006

_____
KHALID AWAN

3