## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | PRESENTENCE INVESTIGATION REPORT |
| | ) | |
| KHALID AWAN | ) | DOCKET NO.: 01-CR-1328(S-2)-02 |

**Prepared For:**    The Honorable Joanna Seybert
United States District Judge

**Prepared By:**    Andrew M. Jingeleski
United States Probation Officer

**Assistant U.S. Attorney**
Wayne L. Baker, Esq.

**Defense Counsel**
Steven K. Frankel, Esq. (Retained)
Frankel, Rudder and Cowery, LLP
319 Broadway
New York, NY 10007
(212) 732-0001

**Sentence Date:**    May 30, 2003 at 10:00 a.m.

**Offense:**    18 U.S.C. §§ 1029(a)(2) and 1029(b)(2), CONSPIRACY TO COMMIT CREDIT CARD FRAUD, a Class D Felony

**Arrest Date:**    Arrested as a material witness warrant in the Southern District of New York on October 25, 2001. Arrested on the instant offense on November 6, 2001.

**Release Status:**    In custody since October 25, 2001.

**Detainers:**    None.

**Related Defendants:**    Choudhry Hussain and Suhail Sarwer are awaiting sentence. Mahmood Iyaz Butt is a fugitive.

**Date Report Prepared:**    May 7, 2003