FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ FEB 21 2006 ★

BROOKLYN OFFICE

KTC:LPF
F.#2003R02644

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

GURBAX SINGH,

                Defendant.

- - - - - - - - - - - - - - - -X

I N D I C T M E N T

CR. 06 108

Cr. No. _____
(T. 18, U.S.C., §§
1015(a) and 3551 et
seq.)

SIFTON, J.

THE GRAND JURY CHARGES:

      On or about July 31, 2001, within the Eastern District of New York and elsewhere, the defendant GURBAX SINGH did knowingly and intentionally make a false statement under oath, in a matter relating to a law of the United States relating to naturalization and citizenship, in that SINGH completed and signed, under oath, a United States Immigration Naturalization Citizenship Service form entitled "Application for Naturalization" in which SINGH affirmed that (1) he was not affiliated with any organization or group and (2) he had not given false testimony for the purpose of obtaining an immigration benefit, when in truth and in fact, as SINGH then and there well knew and believed, (1) he was affiliated with the Khalistan Commando Force and (2) he had given false testimony for the purpose of obtaining an immigration benefit in that (a) on January 23, 1992, he filed, under oath, an Immigration Naturalization Citizenship Service form entitled "Request for Asylum in the United States," in which he failed to report his

2

affiliation with the Khalistan Commando Force as required by the form and in which he fraudulently claimed that he and his family had been subjected to torture and persecution by the Indian government, and (b) on June 5, 1995, he filed, under oath, a completed Immigration Naturalization Service Form I-485 in which he failed to report his affiliation with the Khalistan Commando Force and fraudulently denied ever having been arrested.

(Title 18, United States Code, Sections 1015(a) and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

KTC:LPF
F# 2003R02644
FORM DBD-34

*No.*

JUN. 85

Case 1:06-cr-00154-ARR-VVP Document 62-6   Filed 09/21/2006   Page 3 of 5 PageID #: 312

# UNITED STATES DISTRICT COURT

## EASTERN *District of* NEW YORK

*Division*

# THE UNITED STATES OF AMERICA

*vs.*

GURBAX SINGH,
                                    Defendant.

# INDICTMENT

(T. 18, U.S.C., §§ 1015(a) and 3551 et seq.;

*A true bill.*
                                                              *Foreman*

*Filed in open court this* _____ 21 st _____ *day,*

of February ___ A.D. 20 06 ___

                                                              *Clerk*

*Bail, $* _____

LAWRENCE FERAZANI, AUSA - (718) 254-6418

Case 1:06-cr-00108-CPS Document 6 Filed 02/21/2006 Page 4 of 5

# INFORMATION SHEET

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.

★ FEB 21 2006 ★

BROOKLYN OFFICE

USAO# ____2003R02644_____

1.  Title of Case: __United States v. Gurbax Singh__

2.  Related Magistrate Docket Number(s) __M-06-081__    SIFTON, J.

    None ( )

3.  Arrest Date: __January 25, 2006__

4.  Nature of offense(s):  x    Felony
                           ☐    Misdemeanor

5.  Related Civil or Criminal Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules):_____

6.  Projected Length of Trial:   Less than 6 weeks   (X)
                                 More than 6 weeks   ( )

7.  County in which crime was allegedly committed: __Queens__
    (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8.  Has this indictment been ordered sealed?          ( ) Yes  (X) No

9.  Have arrest warrants been ordered?                ( ) Yes  (X) No

10. Is a capital count included in the indictment?    ( ) Yes  (X) No

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY

By: _____
    Lawrence P. Ferazani, Jr.
    Assistant U.S. Attorney
    (718) 254-6418

Rev. 10/01/03