# Exhibit A

## Letter from Uzma Tahir (cousin of Khalid Awan)

The Honourable Judge
US

Subject: Case - Khalid Awan vs. US

Dear Sir,

This is Uzma Tahir from Lahore. Pakistan. I am cousin of Mr. Khalid Awan who is Canadian National but in prison since October, 2001.

Let me introduce myself in detail. Mr. Khalid Awan is a son of my aunt (My father's elder sister) and elder brother of Three sisters two residing in canada and one in Pakistan. Mr Awan spent his childhood in Lahore with his family. I can never forget his behavior and way of living during his stay in Lahore.

He is almost 11 years older than me and always treated me like his real younger Sister. He was very loving, obedient and innocent boy. Since his childhood, he is a person who really cares his family and has a lot of respect not only for his own family but also for other relatives of his father and mother,

We spent our childhood together. He always guided us in our studies and all other problems. He can not see anyone in pain and has always been helping to others I still remember that he had always very caring behavior even for his servents. Just because of his obedience and caring caring attitude, he was a favorite boy from his childhood for all relative and friends. He studied at Lahore and was a was a good student. As he was the only son of his parents and only brother for his sisters, he has always been very loving for parents and sisters. But he never took any advantages of that and always responded positively and proved himself a very caring

...ough I am his cousin but I never felt that he ...not my own brother and that is just because of his ...behavior and care towards me and my family. Whenever ...we were stuck in some problem either related to our ...studies or some other issues, he always showed his ...keen interest to solve the same. We were used ...spend our holidays together at his home and always ...enjoyed. He was a person who always planned our ...time schedule for our studies and other activities ...like indoor games and watching TV etc. He has been ...totally a homely person during his childhood.

Mr. Awan,s father died when he was only 20 years ...old and this sudden shocking happening really upset ...him and his family badly. But he gathered courage ...to take care of his family to face this sad incident. ...He very strongly realized that now he has to take care ...f his mother and sisters in all their matters. He really ...worked very hard for the survival of his family. He ...shifted from Lahore to Karachi (Pakistan) for better ...future. He worked and also completed his studies and ...became a lawyer at the same time. He was resposible ...r his sisters, education and their weddings. He was ...taking great care of his sick mother that no one else ...can do like that. No body can give single evidence ...that he has ever been involved in any type of ...negative activities. He has always been very regular to ...his prayers and guided every one to spend life according ...to islamic rules.

Once in Lahore, Mr Awan,s driver met with an accide... ...in Lahore and last his one leg. Mr Awan,s father not ...only arranged for his medical treatment but also ask ...him to stay their home.

Though Mr. Awan,s father died but Mr Awan has also been taking care of the driver and his family in financial matters.

Though he has permanently staying at Canada but he has also been visiting Pakistan to see his sisters after his mother death. He very responsibly arranged his sisters, wedding. I never found him involved in any other activities except taking care of his sisters responsibilities during his visits to Lahore Pakistan. Mr Awan is very Kind hearted person. He has always been hearing his elders very carefully and guided his younger very responsibly. In my opinion, such a person can not do any negative work under any circumstances. Such person who is always present to solve others problems can not be a terrorist. We never saw him involve in any activity that shows that he can be a terrorist or a part of terrorism. He is a true Muslim, loving human and a very caring person. He can work for the betterment of human life. I have strong believes in his personality and his life. He can just go the right way only. I and all of my other relatives are waiting to see him as soon as possible. We do not believe in any charge against him. He is a great person and I believe if he is given a chance to prove that, he can prove that positively to US government and even to the whole world.

Dear Sir, whatever I have mentioned above is 100% according to my Knowledge and believe and in the light of above said matter, I would request to please look into the matter and do the needfull to solve this issue while giving value to his life. I strongly believe that he can prove you a very positive person in his future but he just needs a chance for that.

Respectable Sir. Mr. Khalid Awan is a person whose life is a great pleasure for me and my family. He means a lot to us and we all really need him eagerly in our lives.

I request you to help in the matter and believe that I will definitely get some positive response against my request.

Sir, I and all other my family members residing in Lahore will always be available for any query to solve this case in any way to US Government may take my witness through their official, personally. Waiting for a positive response to my request.

Thanking you and best regards.

Uzma Tahir
Lahore Pakistan
Mob. 0092 334 4340599