# Exhibit B

## Letter from Reheela Ashed Malak (sister of Khalid Awan)

May 10, 2007

Attn: **The Honourable Judge**

Subject: **Request to Consider My Observation upon Khalid Awan's life**

Ref: Case- **Khalid Awan vs. US**

Dear Sir,

This is younger sister of Mr. Khalid Awan from Montreal – Canada. My Name is Reheela Arshed Malak. We are three sisters and one brother i.e. Mr. Khalid Awan. Mr. Awan is our eldest brother, a Canadian national currently under your control since October 2001.

I would like to give my evidence for the above cited case so that you may re-analyze the case before your kind judgment.

Dear Sir, we have had a very pleasant childhood together in Lahore till our parents were alive.

He was real an innocent child and good student at his childhood. He never had any fight with any of his sisters rather he was always there to solve our issue and problems. Whenever, we sisters make some mistakes, he had always been there to guide us to resolve the same. He was a good guide in our studies and selection of our subjects during our educational phase. At school, we never got any complaint against his behaviour. He has always been a good student and nice fellow towards other students.

Our father died in Lahore, when we were too young to bear this incident. Even Mr. Khalid Awan was only 20 years old though he is older than all three sisters.

He also proved himself a very obedient and caring son. Our mother became sick after her husband's death and this sudden and shocking incident really made her emotionally too weak. Mr. Awan really showed great care morally and emotionally towards our mother. He also managed her medical treatment very carefully and responsibly. Though he visited Canada and US but was always present to take care of his mother in her sever illness. Our mother had remained in comma for 6 moths and Mr. Awan was by her side all the time, taking care of doctors' visit and her medicines/food. I would say that it was not possible to face such trauma without Mr. Awan. We never saw him going out throughout the time for any other activity. He was really depressed and like us, wanted to see our mother well but that did not happen and she expired after facing long time sickness.

Once again, I would say that, for us, it was really impossible to face this sad event without help of our loving brother, who really took our great care after our mother's departure.

After few months, we (sisters) had to move Lahore for our weddings. It was really hard to live without our brother. Though we have been staying with our other relatives before wedding but we missed him in every moment and he had been in touch with us through telephone and letters. He was taking care of our financial matters and he came back to Lahore to manage my wedding ceremony.

Dear Sir, he got married  but after completing his sisters wedding responsibilities and this way he fulfilled his promise with his mother. We were so happy to hear about his wedding in US though we did not attend the same, as we were living Lahore with our husbands. He visited Lahore Pakistan with his wife and we were so happy to see him happy as he started his married life.

It was little relaxing that at least he is fine with his family but again after a month it was really very hard to bear that he is arrested for 9/11 issue which no one can believe who

relates to him in any way, like relative, friend or some colleagues. Because everyone strongly believes that he is a person who can fight for human rights/life but can never fight against humans.

And now after so many trials against him, though he is not a victim of 9/11 in any way, which is proved, but is being charged a part of some terrorist group. Sir no one can believe in this story. We two younger sisters are now residing in Canada and waiting to see him back as early as possible.

Dear Sir, Mr. Awan can maintain his personal relations with some terrorist only without knowing his activities but can not be a part of terrorism. He will also not maintain his personal relationship, if he knows that such person is a terrorist in any way.

He is very nice, cool and kind hearted person who always helped the others to resolve their problems. I am not saying this as of his sisters but you may get such evidence from his family and friends too. He really gives great meaning to life. He always asks us to work for those persons who can not help for themselves than how can such a person be a part of terrorist.

Sir, he is a true Muslim and have always been very regular to his prayers and advised others to do the same. He never can murder someone directly or indirectly.

Dear Sir, here I would like to add few words here. Your good self have given the investigation task to Indian Government and Indian Government never gave positive response to Pakistani Muslims. It might be true that Khalistan Commando Force is involved in bombing in Punjab (India) but Mr. Khalid Awan can not be a part for such organization. And I believe that if Mr. Awan knows anything relating to Khalistan Force, he would definitely help the US Government.

Sir, we all sisters are terribly weeping for our brother to see. We can not bear anymore to get away from him. Sir Please do the needful so that we sister can meet our beloved brother and I am confident, if he is given a chance of freedom, he will prove himself as an honest human and US loyal person always.

Sir please do the needful, we are really dieing to see him because he is the only person without him we feel that we are incomplete and unhappy.

I thank you in anticipation and have great confidence in US judgment that we will here the positive news .

Best regards always

Montreal
May 10, 2007

*Raheela Malak*
RAHELA MALAK
7430 De'lepee Apt# 3
Montreal QC
H3N 2E5
514-276-7019

# Exhibit C

## Letter from Ghazala Azmat (sister of Khalid Awan)

Feb, 05, 07.

Dear Sirs,

My elder brother who is the only one brother of mine named Khalid Awan is a very loving and kind brother. He has been always a very kind, loving and caring person through out his life with all of us which include my parents and other sisters. In his school / college days he was a good student having nice friends and I saw no glimpse of any crime or terror in his personality.

The news I heard about him being involved in crime and terror is totally unbelievable to me. I even can not dream of any such crimes

associated with Khalid.
I request you to be very kind to him.

Please try to note that I am so much disturbed with this situation of my brother that now I am a patient of nerves damage for last four years. My two daughters and husband are badly effected due to my sickness.

I am afraid that any more punishment to my brother may end my life or damage my nerve system so I may loose my senses. It will hurt my family and give a big loss to innocent kinds.

In the end I beg for mercy to my brother.
Thanks.
                    Ghazala Azmat
Ghazala Malik

# Exhibit D

## Letter from Azmat Elami (brother-in-law of Khalid Awan)

Karachi.

Feb 20th 2007

Dear Sirs,

My name is Azmat Elahi and I am married to Khalid Awan's sister since. 1980.

Our families are related as well so I know Khalid Awan and his family for a very long time. He is a kind and gentle person. As I know he has a clean past and I know his friends who used to visit our house at Karachi. His friends are also normal peaceful persons. To me he can not be associated with any kind of terrorism or crimes of any other nature. My wife has fallen sick since he is in prison and now I am afraid that any further punishment to khalid may make life of my wife totally destroyed. Please have pity on him. Regards,

Azmat Elahi

AZMAT ELAHI