# Exhibit E

## Letter from Shamaila Qayyum Awan (youngest sister of Khalid Awan)

Date: May 09, 2007
Ref:KA/US/01
**The Honourable Judge**
**Us attorney**
**Brooklyn, N.Y.**
Through: **Lawyer – Mr. Khurram Waheed**
Ref: Case- **Khalid Awan vs. US**
Subject: **Mr. Khalid Awan's Life since his childhood to-date**
Respectable Sir,

I am youngest sister of Mr. Khalid Awan from Canada (Montreal). My Name is Shamiala Qayyum Aawn. I am married . We are one brother and three sisters. Mr. Khalid Awan is our elder brother and after him, we are three sisters. Since October 2001 Mr. Khalid Awan is kept in prison under US Justice Control.

I hereby would like to give my statement regarding Mr. Khalid Awan's life for the above mentioned case, for your final justice that is going to be announced on May 24, 2007.

Sir, Khalid Awan is not only my brother but I always feel that he is just like my father. I was kid when our father expired but since that time, Mr. Awan is there for me as an elder brother and as a father too.

As far I remember he was a young boy when our father expired. I was a school student and he was going to college in those days. After our father's death, he always took great care of me. That was his behaviour and care which made it easy to come out the sorrow of our father's death. Though I can not forget my father ever but due to Mr. Loving brother, I never missed much my father. After our father's departure, our mother has been living sick. In those days, Mr. Khalid has been the only person who has been taking care of me very well. I always asked him for all my needs. My studies were going very well.

We moved to Karachi from Lahore after short time of my father's death. Because my brother Mr. Khalid wanted to work and study at the same time and it was not becoming possible in Lahore.

In Karachi, he worked for our day to day need and for our mother's medical expenditure and also completed his Law Education and masters. We, two younger sisters, done our graduation because he was taking great care of us and we never felt that he is taking our less care than our father.

He was very intelligent since his boyhood. All cousins and even uncles and aunts were used to take advices from Mr. Khalid Awan. He got great appreciation from everyone because of his behaviour and care towards his family and friends as well.

He was very obedient to our mother. My mother was very happy to have a son like him. Day by Day my mother's illness was increasing and like us, Mr. Awan's sorrow was also increasing. We were just taking care of our mother but he was also taking of all other need like food, medicines and rest of the things which are required for living.

After 8 years of our father death, our mother also died and it was really very great lost to our lives. But again this time, like earlier, Mr. Khalid showed great concerned specially toward two younger sisters. He always says to me that you are not my younger sister rather you are my daughter.

He spent few months with us, after our mother's death and then he left us with our elder married sister and went back to Canada . We strongly believe that we could not bear even

our mother's illness and it was really impossible to face the sorrow of her death but Mr. Khalid made it possible for us to come out of this sorrow.

Though after almost one year, we had to move back to Lahore for our weddings. Though he was much away from us but he has been making telephone calls to us regularly. He never left us alone in any pain. Though he faced lots of problems for our survival and pleasures but always showed his great care towards us. After our move back to Lahore, he visited Lahore to finalize the wedding issues of my elder sister. Then he went back to Canada and US and came to Lahore to manage and attend the wedding ceremony of my sister Raheela Qayyum. Throughout the time he has been busy with us in shopping and managing other works for the wedding though my wedding was also settled and announced to be held after 4 months but he could not stay in Lahore because of his work back.

Dear Sir, I can not bear the shock to live away from my father any more. Yes I would add it again that Mr. Awan is just like my father because he always performed his duties like father.

Sir, we can not believe that he can be a terrorist and your justice knows it very well that it is proved that he had no links with 9/11 attacks. When living in America he can not be a part of 9/11 attack, how can he be a part of any terrorist organizations. Sir, we always got education from our parents to respect and love people. We can not be against any religion. Islam give respect to all religion and people as we do the same

Dear Sir, Mr. Awan is so innocent man; at least he can not be harmful for any human life. We never saw him killing any animal and how can he participate to an organization which is involved in terrorism.

Sir, I know him very much. He has so many qualities and what I feel that he has only one bad habit and that is his nature of trusting in others so easily but even then with this bad habit he can not trust in those persons who are terrorist.

He is really soft hearted person and loves to live his life according to Islamic rules. I know that he is a good person, excellent brother and admirable father for me.

Dear Sir, please do the needful so that we can meet our loving brother soon. Our lives are helpless without him. We need him back as our brother and father. For us, he is our shelter.

Dear sir, we believe that all of our family members will be available for any sort of evidence which can be helpful for the subject case and we believe that US Justice would definitely do the needful so that we can meet our adorable brother soon

I wish that you may have a look at my request and do the needful for coming decision i.e. scheduled to be announced on May 24, 2007.

Thanking you and waiting to have a positive and prompt decision from the US attorney. Wishing always best to US Government.

Yours truly,

Shamaila Qayyum Awan
7485 Stuart Ave, 03
Montreal .QC
H3N 2R5

# Exhibit F

## Letter from Saima Omar (cousin of Khalid Awan)

May 06, 2007
Attn: **THE HONORABLE JUDGE**
Subject: **Mr. Khalid Awan's behaviour since his childhood up to now**
Ref: Case- **Khalid Awan vs. US**
Dear sir,

I, Saima Omar, permanent resident of Lahore – Pakistan, currently residing in Sharjah – UAE, hereby introduce myself for the above cited referred case.

I am cousin of Mr. Khalid Awan. Explaining my relationship with him, my father and Mr. Awan's mother were real brother and sister.

I know Mr. Khalid Awan since my childhood because we spent our childhood together in the same city Lahore – Pakistan.

Explaining his behaviour and character since childhood up to now in my words, he was very noble and obedient, though he is almost 12 years older than me but I can not forget my relationship with him. I was use to discuss my all problems and pleasures with him and he has always been guiding me in a right direction as a real elder brother. We never felt that we are not the children of same parents. My father who was younger than Mr. Awan's mother had always great respect and love for her elder sister and she always returned with the same feelings towards my father. And I proudly say that we are transferred the same feelings in our next generation that is myself, my elder sisters and two younger brothers and my dear brother Khalid Awan and his three younger sisters. He is a great guide and teacher for me. He always advised us to say our prayers regularly and be kind to others. He was use to say, if someone fights with you, just ignore him/her, some day he or she will return to you with the same with love and kind feelings.

He was very young and innocent when my uncle (Awan's father) Mr. Abdul Qayyum died. He was hardly 20 years old, very innocent and was really unaware with this world. But the way he cared his family, has always been remarkable. He took his father's responsibilities in a way that he became an ideal for everyone in family. He continued his studies while working at the same time to fulfill his family needs. He studied law and started practice for the same.

His behaviour towards his all uncles, aunts and cousins has been amazing. He was fully devoted to his family and their responsibilities. He reached US for work but stayed there for a very short time and came back to see her mother in Karachi Pakistan, who was awfully sick and after few months died. Same year, after few months, my father died and he visited Lahore with her two younger sisters and stayed with us for 13 days. He spent all of his time with us, he has no other activities. All the times, he has been counselling us and forcing us to take care of our education and mother. For me he is so sensitive man with a very kind and true heart.

I was working with Shaukat Khanum Cancer Hospital, a charity organization. He was very happy to know that I am working with an organization that is serving to save the poor and needy human lives from cancer because it was something according to his thoughts. He has always been pushing us to work for needy persons. Whenever he visited Pakistan, he spent most of his time with her sisters and other members of his family and never involved in any other activities. We always have been looking forward for that time.

When we heard about the 9/11 incident, we were worried and eager to talk to him to

know about his safety and we thanked Allah after hearing his voice because he means a lot to us. After 9/11 incident, we could hardly talk 2-3 times.

And Since that time, he is in prison and we are waiting to see our dearest brother.

He is a person who cannot bear someone sickness and for him, death is a great loss than how can he be a terrorist or a part of such organization. He always gives great values to lives and has always cared the humans. My mother expired waiting to see him till his last breath but he was in prison and now we are waiting for him.

We all are reading bogus stories against him through newspapers but even after reading a lot in papers we can not believe that our brother is a terrorist, he is only and true Muslim and he knows that Islam is not against humans rather it protects humanity. All those persons who are killing the humanity in the name of Islam are wrong and are not true Muslims and Islam does not allow killing the innocent lives. And we believe that our brother strongly knows the lessons of Islam because he has been teaching us the same.

Sir, three years back he send me a letter from prison, stating that I should work for special children and poor and needy women who are facing problems for their survival due to many reasons. It was a time when I was so depressed due to my medical reports which were telling that I can not be a mother due to some physical problems. I never heard a single word from him that can be against human lives.

Sir, I request you to help and do the needful that all of us can meet our brother as soon as possible. For me, he is not only an elder brother rather he is a great guardian all the times. I hope and believe that US official will hear our request because they also value the lives and they will not leave my request unattended.

Sir, Mr. Khalid Awan is not a single life but he is a whole world for all of our family members, for all uncles and aunts, and for all cousins.

I hope that you will help us.

Sir, in the light of above statement, I would like to say that a person like Mr. Khalid Awan with such a kind heart, cannot be a terrorist. Mr. Awan has always preferred to help the mankind and teaches us to do so. How can he be a part of such organization that kills the humans?

Please look into the matter and request the attorney to re-investigate the matter or may request them to contact the Pakistan Government to investigate the matter and to get a help to arrest the right terrorists, if they are in Pakistan.

I will be available for any further inquiry or witness in any way, through telephone or US government may take my witness through their official, personally.

I love my brother so much and beg you to help us so that we can meet our great and kind brother and hope that you will help us.

Thanking you in anticipation and hope to hear some very good news from you soon.

Best regards

Saima Omar

Contact: Sharjah – UAE

Ph: +971-50-2217427

# Exhibit G

## Letter from Ramsha Sarfraz (niece of Khalid Awan)

Mamoo, you know, I Love, you very much, and I miss, you very, very, much, I wish please mamoo Game back

I LOVE YOU

Mamoo

Ramsha