Exhibit H

Photograph of Ghazala Azmat (sister of Khalid Awan) and her daughters Mariam and Fatima (nieces of Khalid Awan)

