```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
United States of America
                                              CR-06-0154 (CPS)

    - against -                                ORDER

Khalid Awan,
                        Defendant.

----------------------------------------X
```

SIFTON, Senior Judge.

In the Memorandum Opinion and Order signed today by the undersigned, the first sentence on page 23 is amended to read as follows: "For the reasons set forth above, defendant's applicable adjusted offense level under the Guidelines is 33 and his criminal history category is III, leading to a Guidelines range of 168 to 210 months in prison."

The Clerk is directed to transmit a copy of the within to all parties.

     SO ORDERED.

Dated :   Brooklyn, New York
          July 17, 2007

                    By: /s/ Charles P. Sifton (electronically signed)
                                  United States District Judge