## NOTICE OF APPEAL
### UNITED STATES DISTRICT COURT
__Eastern__   District of ____New York____

---

UNITED STATES OF AMERICA

   - against -

KHALID AWAN,

       Defendant.

---

Docket Number ___06-CR-154 (CPS)___

_____The Honorable Charles P. Sifton_____
(District Court Judge)

Notice is hereby given that ___the United States of America___
appeals to the United States Court of Appeals for the Second Circuit from the:

Judgment ___X___ ;   Order __X__ ;   Other _____ ; _____
(specify)

entered in this action on __October 3 , 2007___ .
(date)

Offense occurred after November 1, 1987   Yes __X__   No ____

The appeal concerns.   conviction only _____ .   sentence only __X__ .   conviction and sentence _____ .

_____KELLY T. CURRIE, AUSA_____
(Counsel for Appellant)

Date ____October 19, 2007____

TO:   Sean Maher, Esq.

    Wahid, Vizcaino & Maher LLP

    122 East 22nd Street, Suite 1616

    New York, NY 10168

Address ___U.S. Attorney's Office - E.D.N.Y.___

_____271 Cadman Plaza East_____

_____Brooklyn, New York 11201_____

_____Telephone Number ___(718) 254-6205__

ADD ADDITIONAL PAGE IF NECESSARY

(TO BE COMPLETED BY ATTORNEY)

| ☒ QUESTIONNAIRE | ☒ TRANSCRIPT ORDER | ☒ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
|---|---|---|
| I am ordering a transcript. <br> _X_ I am not ordering a transcript. <br><br> Reason: Already ordered <br> _X_ Daily copy is available <br> ____ U.S. Attorney has placed order <br> ____ Other. Attach explanation | Prepare transcript of <br> ____ Pre-trial proceedings _____ <br> ____ Trial _____ <br> ____ Sentence _____ <br> ____ Post-trial proceedings _____ | Dates |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b))  ☒ Method of payment __ Funds __ CJA Form 24

| ATTORNEY'S signature | Kelly T Currie/pcs | Date | October 19, 2007 |
|---|---|---|---|

☒ COURT REPORTER ACKNOWLEDGMENT      To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
| | | |

Date _____   Signature _____
(Court Reporter)

COPY1 - ORIGINAL